UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-9095-CIV-RYSKAMP/VITUNAC

GEORGE MAY,

    Plaintiff,

vs.

DONALD TRUMP, and
THE TRUMP ORGANIZATION, INC.,

    Defendants.
_____/



## ORDER DENYING MOTION TO REVERSE ORDERS AND ENTER JUDGMENT

THIS CAUSE came before the Court upon the Plaintiff's motion, dated September 6, 2000, entitled "Plaintiff's [sic] George May, Gives this Honorable Court Judicial Notice 20 Am. Jur. 67 [sic], of Rule 1, (h), Rule 1, 28 U.S.C. §636(c), and the Judicial Act of 1789, Ch. 20 §34, 1 Stat. 73, 92, 28 U.S.C. §1652, (1926), and Requests that this Honorable Court Reverse its Orders of February 15, 2000, March 3, 2000, and September 1, 2000, as They Are Void for Lack of Subject Matter Jurisdiction, and Enter Judgement for the Plaintiff for a Trial on the Amount of Damages Due to the Plaintiff, or for the Relief Requested in the Plaintiff's Complaint, and Plaintiff's Supporting Memorandum of Law."

On January 3, 2000, this Court referred this case to Magistrate Judge Ann E. Vitunac. **[DE 3]**. On February 15, 2000, the Magistrate Judge entered a Report and Recommendation

Page 2                      **UNITED STATES DISTRICT COURT**
                                     **SOUTHERN DISTRICT OF FLORIDA**

recommending that this action be dismissed and that all pending motions be denied as moot. **[DE 16]**. On March 3, 2000, this Court entered an Order Affirming Magistrate Judge's Report and Recommendation, which ratified, affirmed and approved the Magistrate Judge's Report and Recommendation in its entirety. **[DE 19]**. The Court further stated that this case was to be dismissed without prejudice and that the Clerk of Court was to close the case and deny all pending motions as moot.

On March 7, 2000, Plaintiff filed a "Motion for to [sic] Set Aside the Order Affirming Magistrates [sic] Judge's Report and Recommendation, entered on March 3, 2000, and Plaintiff's Motion for Judge Kenneth L. Ryskamp to Recuse Himself from this Case Herein, and Plaintiff's Motion for Summary Judgment Against the Defendant's [sic] Under 18 USCS §401, and 28 USCS §1927." **[DE 21]**. The Magistrate Judge denied Plaintiff's motion, stating that the motion was rendered moot by the dismissal of the case on March 3, 2000.

Since this case was dismissed without prejudice on March 3, 2000 and is now closed, Plaintiff's motion and all other pending motions are moot. It is therefore

ORDERED AND ADJUDGED that the Plaintiff's motion to reverse the orders of February 15, 2000, March 3, 2000 and September 1, 2000, is hereby DENIED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this *18th* day of *Sept.*, 2000.

Page 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

copies provided:
George May, Pro Se (by mail)
John B. Marion, IV, Esq.